UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ESLAM HASSAN,

                              Plaintiff,

               -against-

CORRECTION OFFICER JOHN DOE; CAPTAIN
JOHN DOE; CORRECTION OFFICER # 6314
JOHN DOE; CAPTAIN MANZO; PSYCKE
CLINICIAN JOHN DOE; PSYCKE CLINICIAN
JOHN DOE; PSYCKE CLINICIAN SOCIAL
WORKER JANE DOE; PSYCKE CLINICIAN
SOCIAL WORKER CLINICIAN JANE DOE;
PSYCHIATRIST MOICA STAHLMANN; PSYCHE
SOCIAL WORKER FLORE MENARDY; SOCIAL
WORKER PSYCHKE CLINICIAN WARREN
BUSH; PSYCHE CLINICIAN CARLOS
HEREDIA; C.O. COPPER; C.O. #8343 JOHN
DOE; C.O. JOHN DOE; CAPTAIN JOHN DOE;
C.O. JOHN DOE, sued individually and in their
official capacities; also supervisors liability,
WARDEN TONY DURANTE; COMMISSIONERS
AND SUPERVISORS JOHN and JANE DOES,
sued municipal liability and individually and in their
official capacities,

                              Defendants.

------------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/13/19

ORDER

19-CV-6424 (VEC)(KNF)

        By an order dated August 13, 2019, Docket Entry No. 10, the assigned district judge

directed the New York City Law Department, pursuant to Valentin v. Dinkins, 121 F.3d 72

(2d Cir. 1997), to ascertain the identity of the "John Doe" defendants named in this action on or

before October 12, 2019, and "provide this information to plaintiff and the Court." The docket

sheet maintained by the Clerk of Court for this action does not reflect that the required identity

information was filed with the court, although the time for providing that information to the

plaintiff and the court has elapsed. Therefore, on or before December 23, 2019, the New York

City Corporation Counsel shall comply with the <u>Valentin</u> order referenced above, Docket Entry

No. 10.

Dated: New York, New York          SO ORDERED:
      December 13, 2019

                                        Kevin Nathaniel Fox
Copy mailed to:                                   KEVIN NATHANIEL FOX
                                                  UNITED STATES MAGISTRATE JUDGE
Eslam Hassan

James Johnson,
Corporation Counsel
City of New York