UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ESLAM HASSAN,

                Plaintiff,

    -against-

CORRECTION OFFICER JOHN DOE; CAPTAIN
JOHN DOE; CORRECTION OFFICER # 6314
JOHN DOE; CAPTAIN MANZO; PSYCKE
CLINICIAN JOHN DOE; PSYCKE CLINICIAN
JOHN DOE; PSYCKE CLINICIAN SOCIAL
WORKER JANE DOE; PSYCKE CLINICIAN
SOCIAL WORKER CLINICIAN JANE DOE;
PSYCHIATRIST MOICA STAHLMANN; PSYCHE
SOCIAL WORKER FLORE MENARDY; SOCIAL
WORKER PSYCHKE CLINICIAN WARREN
BUSH; PSYCHE CLINICIAN CARLOS
HEREDIA; C.O. COPPER; C.O. #8343 JOHN
DOE; C.O. JOHN DOE; CAPTAIN JOHN DOE;
C.O. JOHN DOE, sued individually and in their
official capacities; also supervisors liability,
WARDEN TONY DURANTE; COMMISSIONERS
AND SUPERVISORS JOHN and JANE DOES,
sued municipal liability and individually and in their
official capacities,

                Defendants.
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/13/19

ORDER

19-CV-6424 (VEC)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      The docket sheet maintained by the Clerk of Court for this action indicates that the following defendants have been served with the summons and complaint and have neither filed an answer to that pleading nor moved against it and the time for doing so has elapsed: Carlos Heredia, Monica Stahlmann, Warren Bush and Flore Marie Menardy. The complaint, Docket Entry No. 2, alleges that each of the defendants identified immediately above is employed by the City of New York.

In light of the failure of the above-noted defendants to respond to the complaint, the plaintiff is directed to review Rule 55 of the Federal Rules of Civil Procedure and proceed accordingly.

Dated: New York, New York
December 13, 2019

SO ORDERED:

*Kevin Nathaniel Fox*
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

Copy mailed to:

Eslam Hassan

James Johnson,
Corporation Counsel
City of New York