UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ESLAM HASSAN,                                                                          :

                 Plaintiff,                     :

            -against-                           :         **ORDER**

C.O. JOHN DOE, et.al.,                                            :         19-CV-6424 (VEC) (KNF)

                 Defendants.                 :
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      On March 15, 2020, the Court granted motions by defendants Carlos Heredia, Monica Stahlmann, Warren Bush and Flore Marie Menardy to file certain documents under seal and directed that redacted copies of the sealed documents must be filed, "so that the public may access them." Docket Entry Nos. 51 and 52. As of the date of this order, the defendants have failed to comply with the Court's order because no redacted copies of the sealed documents have been filed. On or before June 1, 2020, the defendants shall comply with the Court's directives in Docket Entry Nos. 51 and 52. The defendants are on notice that any future failure to comply with an order of the Court's may subject them to sanctions, including the harshest sanctions, as provided by law and the Federal Rules of Civil Procedures.

      **The Clerk of Court is directed to mail a copy of this Order to the plaintiff.**

Dated: New York, New York          SO ORDERED:
          May 28, 2020

                                              _Kevin Nathaniel Fox_
                                              KEVIN NATHANIEL FOX
                                              UNITED STATES MAGISTRATE JUDGE