UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ESLAM HASSAN,                                    :

                Plaintiff,              :

        -against-                            :         **ORDER**

C.O. JOHN DOE, et.al.,                           :         19-CV-6424 (VEC) (KNF)

                Defendants.           :
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

The defendants have requested relief from the Valentin Order issued previously in this case. See Docket Entry No. 71. The application is granted, except that, should the plaintiff furnish additional descriptive information that will enable the defendants to attempt to identify corrections personnel whom they have been unable to be identify because of the lack of specificity in the descriptions provide by the plaintiff thus far, the defendants shall make reasonable efforts to use that new descriptive information to attempt to identify relevant corrections personnel.

      **The Clerk of Court is directed to mail a copy of this order to the plaintiff.**

Dated: New York, New York                SO ORDER:
       July 15, 2020

                                            _/s/ Kevin Nathaniel Fox_____
                                            KEVIN NATHANIEL FOX
                                            UNITED STATES MAGISTRATE JUDGE