```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/09/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
ESLAM HASSAN,                                                     :
                                                                  :
                         Plaintiff,                               :
                                                                  :        19-CV-6424 (JPC)
        -v-                                                       :
                                                                  :        NOTICE OF
C.O. JOHN DOE ET AL.,                                             :        REASSIGNMENT
                                                                  :
                         Defendants.                              :
                                                                  :
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      This case has been reassigned to the undersigned.  Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.  Any currently scheduled conference or oral argument before this Court is adjourned pending further order of this Court, but any conference or oral argument before the Magistrate Judge will proceed as ordered.  **All counsel must familiarize themselves with the Court's Individual Rules, which are available at https://www.nysd.uscourts.gov/hon-john-p-cronan**.

      SO ORDERED.

Dated: October 9, 2020
      New York, New York
                                               JOHN P. CRONAN
                                        United States District Judge