UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ESLAM HASSAN,

              Plaintiff,

-against-

CORRECTION OFFICER JOHN DOE; CAPTAIN JOHN DOE; CORRECTION OFFICER # 6314 JOHN DOE; CAPTAIN MANZO; PSYCKE CLINICIAN JOHN DOE; PSYCKE CLINICIAN JOHN DOE; PSYCKE CLINICIAN SOCIAL WORKER JANE DOE; PSYCKE CLINICIAN SOCIAL WORKER CLINICIAN JANE DOE; PSYCHIATRIST MOICA STAHLMANN; PSYCHE SOCIAL WORKER FLORE MENARDY; SOCIAL WORKER PSYCHKE CLINICIAN WARREN BUSH; PSYCHE CLINICIAN CARLOS HEREDIA; C.O. COPPER; C.O. #8343 JOHN DOE; C.O. JOHN DOE; CAPTAIN JOHN DOE; C.O. JOHN DOE, sued individually and in their official capacities; also supervisors liability, WARDEN TONY DURANTE; COMMISSIONERS AND SUPERVISORS JOHN and JANE DOES, sued municipal liability and individually and in their official capacities,

              Defendants.
------------------------------------------------------------------X

ORDER

19-CV-6424 (JPC)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       An initial pretrial conference was scheduled with the parties for October 20, 2020. Counsel to the defendants participated in the conference. However, the plaintiff, who is proceeding pro se, failed to participate. Counsel to the defendants indicated that they wished to make a motion in connection with the plaintiff's failure to participate in moving the action forward. The defendants' motion shall be served and filed on or before November 20, 2020. The response to the motion and any reply shall be made in accordance with Local Civil Rule 6.1 of this court.

**The Clerk of Court is directed to mail a copy of this order to the plaintiff.**

Dated:  New York, New York                                   SO ORDERED:
        October 20, 2020

*Kevin Nathaniel Fox*
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE