UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ESLAM HASSAN,

                Plaintiff,

-against-

CORRECTION OFFICER JOHN DOE; CAPTAIN
JOHN DOE; CORRECTION OFFICER # 6314
JOHN DOE; CAPTAIN MANZO; PSYCKE              ORDER
CLINICIAN JOHN DOE; PSYCKE CLINICIAN
JOHN DOE; PSYCKE CLINICIAN SOCIAL           19-CV-6424 (JPC)(KNF)
WORKER JANE DOE; PSYCKE CLINICIAN
SOCIAL WORKER CLINICIAN JANE DOE;
PSYCHIATRIST MOICA STAHLMANN; PSYCHE
SOCIAL WORKER FLORE MENARDY; SOCIAL
WORKER PSYCHKE CLINICIAN WARREN
BUSH; PSYCHE CLINICIAN CARLOS
HEREDIA; C.O. COPPER; C.O. #8343 JOHN
DOE; C.O. JOHN DOE; CAPTAIN JOHN DOE;
C.O. JOHN DOE, sued individually and in their
official capacities; also supervisors liability,
WARDEN TONY DURANTE; COMMISSIONERS
AND SUPERVISORS JOHN and JANE DOES,
sued municipal liability and individually and in their
official capacities,

                Defendants.
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       The defendants filed a motion, on November 13, 2020, to dismiss the plaintiff's complaint. The docket sheet maintained by the Clerk of Court for this action does not reflect that the plaintiff, who is proceeding pro se, has responded to the motion. Therefore, on or before March 18, 2021, the plaintiff shall serve and file his response to the defendants' motion to dismiss; any reply shall be served and filed on or before March 25, 2021. The plaintiff is reminded that failing to comply with a court order may result in sanctions, including the dismissal of the complaint.

**The Clerk of Court is directed to mail a copy of this order to the plaintiff.**

Dated:  New York, New York                          SO ORDERED:
        March 1, 2021

                                                    _Kevin Nathaniel Fox_
                                                    KEVIN NATHANIEL FOX
                                                    UNITED STATES MAGISTRATE JUDGE